IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 13-01175-ALS |
| | ) | CHAPTER 7 |
| DANIEL LEE PULSE and, | ) | |
| BONNIE SUE PULSE | ) | |
| Debtor. | ) | |

**OBJECTION TO DEBTORS' MOTION FOR REDEMPTION**

Comes now the secured creditor, Capital One, N.A. (Best Buy Co., Inc.) (hereinafter referred as "Capital One") and for its Objection to the Debtors', Daniel Lee Pulse and Bonnie Sue Pulses' Motion for Redemption states and alleges as follows:

1. The Debtors, Daniel Lee Pulse and Bonnie Sue Pulse (hereinafter collectively referred as the "Pulses") filed for relief under Chapter 7 of the *United States Bankruptcy Code* on April 23, 2013.

2. Capital One was at all times pertinent hereto a secured creditor in the Pulse Chapter 7 bankruptcy proceeding. Specifically, Capital One holds a security interest in certain items of the Pulses' personal property.

3. On May 10, 2013, Capital One timely filed a secured Proof of Claim in this bankruptcy case which included all relevant contract and security documentation (Claim #1).

4. On May 10, 2013, the Pulses filed their Motion to Redeem (hereinafter referred as the "Motion") (Filing # 12). Pursuant to their Motion, the Pulses seek to redeem two (2) laptop computers and a television (hereinafter collectively referred as the "Redeemed Items") which are subject to Capital One's security interest. The Pulses' Motion states that they intend to redeem these items from Capital One by paying it the sum of $500.00.

5. Pursuant to *11 U.S.C. § 722*, the Pulses may redeem tangible personal property intended for personal, family or household use provided they pay the secured creditor, ". . . the amount of such lien in full at the time of the redemption."

6. Capital One contends that the value of its lien in the proposed Redeemed Items exceeds $500.00 as proposed by the Pulses. Specifically, Capital One contends that the Redeemed Items have a current fair market value of $3,515.97. As a result, the Pulses' Motion does not propose to redeem the Redeemed Items in the amount of Capital One's secured interest in the same and thus the Motion should be denied.

7. As a result of all of the foregoing, Capital One enters its Objection to the Pulses' proposed Motion.

WHEREFORE, Capital One prays this Court for an Order denying the Pulses' Motion and such other and further relief as the Court deems just and proper.

          CAPITAL ONE, N.A. (BEST BUY CO., INC.)
          Secured Creditor,

By: *Michael J. Whaley*
      Michael J. Whaley, #19390
      GROSS & WELCH, P.C., L.L.O.
      1500 Omaha Tower
      2120 South 72nd Street
      Omaha, Nebraska 68124
      Telephone:  (402) 392-1500
      Facsimile:  (402) 392-8101
      mwhaley@grosswelch.com
      Attorneys for Secured Creditor.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2013, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed a copy of the document by regular United States Mail, postage prepaid, unless served electronically through the clerk of the court.

Wesley B. Huisinga
P.O. Box 2107
Cedar Rapids, IA 52406-2107

U.S. Trustee
Room 517 Fed. Bldg.
210 Walnut Street
Des Moines, IA 50309

Bass & Associates
3936 E. Ft. Lowell Rd.
Suite 200
Tucson, AZ 85712-1083

          /s/ *Michael J. Whaley*

11878-1#63X6574

2