**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

Daniel Lee Pulse,
Bonnie Sue Pulse,

Case No. 13−01175−als7

Debtor(s)

July 2, 2013 Hearing on:
**Motion to Redeem (#12) and Objection (#18)**

Appearances were noted on the record.

**ORDER**
(date entered on docket:July 2, 2013)

**It is hereby ORDERED that:**

On or before August 2, 2013 the parties shall submit a stipulation resolving their dispute or the matter will be scheduled for an evidentiary hearing.

BY THE COURT:
/s/ Judge Anita L. Shodeen
U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
■ Electronic Filers in this Chapter Case